■ Roderick W. Cash, Respondent, v. Garden City Company et al., Appellants, et al., Defendants.— In an action pursuant to article 15 of the Real Property Law, to compel the determination of claims to real property, certain of the defendants appeal from so much of an order and judgment (one paper) of the Supreme Court, Nassau County, entered December 7, 1962, as granted

plaintiff's motion for summary judgment as against them (to the extent specified in such judgment) and struck out their answer and dismissed their counter-claim. Order and judgment, insofar as appealed from, reversed, with one bill of $10 costs and disbursements, and motion denied. In our opinion, issues of fact exist which require a trial of this action. Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur. [38 Misc 2d 1054.]